UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## CIVIL MINUTES

JACOB ZOWIE THOMAS RENSEL                Case No. 17-24500-CV-KING

                                         Date    December 15, 2017

vs.

CENTRA TECH, INC., ET AL.                JUDGE JAMES LAWRENCE KING


DEPUTY CLERK: Joyce M. Williams  COURT REPORTER: Jill Felicetti

**TYPE OF PROCEEDING: MOTION FOR TEMPORARY RESTRAINING ORDER**

Scheduling Conference___        Status Conference__
Pre-Trial Conference  ___        Motion Hearing    X

Counsel for Plaintiff: Emily C. Komlossy, Esq., Donald J. Enright, Esq.
Counsel for Defendant: Nina S. Mandel, Esq., Allan Shutt, Esq., David S. Mandel, Esq.

Motion:

DISCOVERY CUT OFF DATE: _____
PRE-TRIAL MOTIONS FILED BY: _____
STATUS CONFERENCE SET FOR: _____
SCHEDULING CONFERENCE SET FOR: _____
PRE-TRIAL CONFERENCE SET FOR: _____
TRIAL SET FOR: _____

- Oral Argument held re: Motion for Temporary Restraining Order held
- The Court finds outlined the status of the case
- Counsel for the defendant advised the Court of their involvement with these proceedings (seeing that the motion was filed under seal and they have not seen the documents, but was notified by plaintiff counsel of this hearing)
- Counsel for the plaintiff proposed to the Court to give the defendants an opportunity to respond to the TRO, and thereafter set a hearing on Tuesday or Wednesday of next week
- The Court finds that the parties should talk and enter into an agreement as to how we should proceed
- The parties have agreed to the following: 1- Funds shall remain; 2- Limited Discovery; 3- Proposed Schedule within 30 to 45 Days; and 4- Waiver of Service; Pleading Practice shall

proceed as usual, therefore
- The Exparte Motion for Temporary Restraining Order is rendered MOOT
- The Court finds that the Preliminary Injunction Hearing to be set by separate order