UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:17-cv-24500-JLK

JACOB ZOWIE THOMAS RENSEL,
individually and on behalf of all others
similarly situated,

     Plaintiff,

v.

CENTRA TECH, INC., SOHRAB SHARMA,
RAYMOND TRAPANI, ROBERT FARKAS,
and WILLIAM HAGNER,

     Defendants.

**DECLARATION OF ALLAN SHUTT**

I, Allan Shutt, declare as follows:

1. Since October 3, 2017, I have served as General Counsel and Chief Compliance Officer for Centra Tech, Inc. ("Centra Tech").

2. I am a member of good standing of the bar of the State of Massachusetts, and I am in the process of becoming a member of the bar of the State of Florida as an "authorized house counsel." This declaration is based on my own personal knowledge of the matters stated herein, my review of relevant records, and my discussions with other Centra Tech employees and affiliates.

3. I submit this declaration in support of Defendants' Opposition to Plaintiff's Motion for Expedited Discovery and Defendants' Motion to Compel Arbitration and/or in the Alternative to Dismiss.

**Centra Tech's Products and ICO**

4. Centra Tech is a start-up company based in Miami, Florida that develops and markets innovative technology allowing individuals around the world to store and spend their virtual currency, such as Bitcoin ("BTC") and Ethereum ("ETH").

5. Centra Tech's products include: (1) the Centra Wallet, a digital wallet in which individuals can keep and access several denominations of virtual currency; and (2) the Centra Card, a prepaid debit card that allows individuals to spend their virtual currency in real-time for goods and services at vendors around the world.

6. From July 30, 2017 through September 26, 2017, Centra Tech held an initial coin offering ("ICO") in which it issued to the public a "utility token" of its own creation—the Centra Token ("CTR").

7. Holding CTR is necessary to use both the Centra Wallet and the Centra Card.

8. Centra Tech's business records from its ICO demonstrate that, in total, Centra Tech ultimately raised a total of approximately 51,068.675 ETH, then-equivalent to approximately $15,164,734.23.

9. To participate in the ICO, Centra Token buyers were required to register with Centra Tech, including by providing a legitimate name, address, and other contact information.

10. Centra Tech's records show that over 80% of the CTR distributed by Centra Tech during the ICO was acquired by people or entities outside the United States. Only approximately 9,357.815 ETH, equivalent at the time of receipt of approximately $2,669,100.69, came from buyers residing in the United States. Most of those who acquired CTR live in Asia.

11. Following the ICO, Centra Tech placed the proceeds (approximately 51,000 ETH) from the ICO in a digital wallet, which is the combination of (1) a "public key" represented by a fixed digital location on the Ethereum blockchain, allowing the wallet's contents to be seen and

verified by anyone with the public key, and (2) a "private key," kept in a secure location, that allows those funds to be accessed and transferred. Centra Tech has retained all of the approximate 51,000 ETH.

12. In addition to the 51,000 ETH, this public wallet contains 40,000 ETH from Centra Tech's South Korean partner, Bitsset, pursuant to a partnership agreement.

13. The remaining approximate 8,931.325 ETH represents funds outside of the ICO belonging to Centra Tech.

**The "Mechanics" of the Centra ICO**

14. When a company like Centra Tech establishes an ICO, the company must decide the maximum number of tokens it intends to sell to the public. That number is then hard-coded into a "smart contract" on the Ethereum blockchain.

15. When ICO purchasers send their ETH to the relevant wallet address, the smart contract is automatically executed and the purchaser receives the appropriate number of tokens in exchange.

16. Once the smart contract has been created, though, it cannot be cancelled, paused, or stopped until the maximum number of tokens have been generated based on purchaser requests. In other words, no straightforward process exists for a company like Centra Tech to pause or halt token distribution because the smart contract will continue "selling" tokens until it runs out. However, the token supplier has the ability to use the funds already collected to "buy out" the smart contract.

17. On August 25, 2017, Centra Tech itself terminated the smart contract by cycling 3,000 ETH through the smart-contract 48 times in approximately an hour, and then cycling a final 2762.82 ETH two days later, at 8:09 PM on August 27, 2017.

18. The CTR smart contract blockchain shows that by August 27, 2017, a single entity (Centra Tech) transmitted 146,762 ETH—worth at the time over $48 million—to a different wallet address held by Centra Tech in the space of two days. The blockchain further shows that it was Centra Tech—and not some other party—that was cycling these funds, because it was the *same* ETH being deposited into Centra Tech's public wallet, then removed from it—which only Centra Tech had the capacity to do. The blockchain shows a similar occurrence between September 23, 2017 and September 26, 2017, when Centra Tech halted Stage 2 of the ICO (embodied in a new, different smart contract) by cycling a total of 74,914.99 ETH through the smart contract across 27 transactions.

19. Once those "cycling" transmissions—which account for 221,676.99 ETH—are removed from the calculation, the data reveals that in Stage 1, Centra Tech in fact received fewer than 20,000 ETH, substantially below the 170,000 ETH erroneously calculated by Plaintiff. And in Stage 2, because of these "cycling" transactions, Centra Tech received approximately 15,000 ETH, substantially below the 96,000 ETH erroneously calculated by Plaintiff.

**The Solicitation of Information about Centra Tech**

20. On December 13, 2017, the same day this lawsuit was filed, a moderator on the reddit.com page covering Centra Tech was contacted by a reddit user, coincidentally posting under the name "LKorlp," who stated:

> I am aware that you have a position within Centra and was wondering if I could get some information from somebody who has worked with Sam Sharma and Raymond Trapani.
>
> I'm am [sic] with a large group of people who believe CentraTech to be an illegitimate business that has fabricated a lot of their partnerships and products.
>
> If you have any information that you could supply us with that will help lead to investors getting their money back then we will be able to arrange an exchange of upwards of 1 BTC for your help.

A true and correct copy of this communication is attached as Exhibit 1 to this declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 2nd day of February, 2018.

_____
Allan Shutt