2:32

## Conversation

**CentraTech Information**

 LKorlp • 1d

Hello u/bh-art / Benjamin Harold

I am aware that you have a position within Centra and was wondering if I could get some information from somebody who has worked with Sam Sharma and Raymond Trapani.

I'm am with a large group of people who believe CentraTech to be an illegitimate business that has fabricated a lot of their partnerships and products.

If you have any information that you could supply us with that will help lead to investors getting their money back then we will be able to arrange an exchange of upwards of 1 BTC for your help.

Please keep this message confidential and between us, we are looking forward to hearing back from you.

Reply to the Message