UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| JACOB ZOWIE THOMAS RENSEL, individually and on behalf of all others similarly situated,<br><br>                      Plaintiff,<br><br>v.<br><br>CENTRA TECH, INC., SOHRAB SHARMA, RAYMOND TRAPANI, ROBERT FARKAS, and WILLIAM HAGNER,<br><br>                      Defendants. | Case No.: 1:17-cv-24500-JLK/Simonton |

**ORDER GRANTING MOTION TO WITHDRAW BY DEFENSE COUNSEL AS COUNSEL FOR ALL DEFENDANTS**

**THIS MATTER** came before the Court upon the Motion to Withdraw by Defense Counsel as Counsel for All Defendants. After considering the Motion to Withdraw, **IT IS HEREBY ORDERED** that:

1. The Motion to Withdraw is **GRANTED**.

2. David Axelrod, Marjorie Peerce, and Thomas Burke of Ballard Spahr, LLP (collectively, "Ballard Spahr LLP"), and Nina Stillman Mandel of Mandel & Mandel LLP (together with Ballard Spahr LLP, "Defense Counsel") are hereby withdrawn as counsel of record for Defendants Centra Tech, Inc. ("Centra"), Sohrab Sharma, Raymond Trapani, Robert Farkas, and William Hagner (collectively, "Defendants").

3. Defense Counsel are hereby relieved of any and all further obligations on behalf of Defendants.

4. Defendants are hereby granted an additional 20 days [JLK] to respond to Plaintiffs' pending motion for leave to file a first amended complaint.

~~5. Defendants are hereby granted 30 days to retain successor counsel before any additional pretrial deadlines are imposed upon them.~~

6. All future pleadings, motions, discovery, and any and all other communications concerning this matter shall be sent to Sohrab Sharma c/o Sharon L. McCarthy, Esq., Seven World Trade Center, 250 Greenwich Street, 34th Floor, New York, New York 10007 ((212) 808-8100; SMcCarthy@kflaw.com), until such time as successor counsel enters an appearance.

**DONE** and **ORDERED** in Chambers at Miami, Florida this 15 day of June, 2018.

HON. JAMES LAWRENCE KING
SENIOR U. S. DISTRICT JUDGE