IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

JACOB ZOWIE THOMAS RENSEL, et al

                 Plaintiffs,

C.A. No. 1:17-cv-24500-RNS/Becerra

v.

CENTRA TECH, INC., SOHRAB SHARMA, ROBERT FARKAS, RAYMOND TRAPANI, STEVEN STANLEY, STEVEN SYKES, ALLAN SHUTT, CHASE ZIMMERMAN, FLOYD MAYWEATHER JR., AND KHALED MOHAMED KHALED A/K/A DJ KHALED,

                 Defendants.

_____/

## MOTION TO DISMISS CASE AGAINST DEFENDANT STEVEN STANLEY

Comes now, Steven Stanley, *Pro Se*, herein moves this court, Honorable Judge Becerra/Scola presiding, to Dismiss With Prejudice all charges against Defendant Steven Stanley. The entirety of the original case filing is hereby incorporated by reference.

**STATEMENT OF THE CASE:**

Centra Tech, Inc., based out of Miami, Florida, established and ran a fraudulent scheme to defraud investors in their Initial Coin Offering, aka "ICO". In 2017 the Securities Exchange Commission served a Criminal Complaint on the officers of Centra Tech, Inc. In 2018, there came a time that the officers of the Corporation were served with the instant cause. Defendant Stanley was named in the instant cause, but never was named in the SEC filing.

**STATEMENT OF THE FACTS:**

On or about July 17, 2017, Centra Tech, Inc., began their marketing efforts to spread the word

about their scheme. Defendant Stanley, a Freelance Writer, was contacted to write and Distribute several Press Releases. He was given the relevant content for the press releases by a

contact person at Centra Tech, Inc. Defendant Stanley was paid on a per project basis. During

this period of initial startup, Stanley was approached to give his permission for Centra Tech to

use his image on their website as PR Advisor. He consented and was given a one-time payment

of $400.00 for this service.

Defendant Stanley was never an Officer of Centra Tech, Inc., nor was he ever an employee or

Shareholder.

Defendant Stanley was never served with any documentation about this case and only

recently became aware of the fact that he is a named Defendant.

**ARGUMENT:**

Counsel for Plaintiff(s) presents allegations that are factually bankrupt. Counsel knew full

well that he is presenting false and misleading statements to this court and should be

admonished for same. There was sufficient Discovery performed to know that Defendant

Stanley was not now, and never was, an Officer of Centra Tech, Inc. By referring to

Defendant Stanley as an "Executive" of Centra Tech is misleading in and of itself. Counsel

could have no evidence to support such a claim.

Stanley's sole involvement with Centra Tech was as a sub-contractor hired on an *ad hoc*

basis. Stanley never had a "key role in running Centra Tech's operations and was never in

any type of contact with investors therein", as alleged in the complaint. Counsel was aware of

the aforementioned facts, but still made the claims to this court.

Plaintiff's counsel also made reference to the fact that Stanley's website mentions that over 185 ICO PR Campaigns had been completed, but intentionally mischaracterized this fact as "an attempt by my team to solicit investors". Writing a Press Release is a far cry from trying to obtain investors and there is no "Team". Centra Tech was the entity trying to obtain investors, not the writer of the press release.

What Plaintiff's Counsel did was to slander Defendant Stanley and paint a picture of being involved with attempting to Defraud Investors in various ICO's.

WHEREFORE, Defendant Stanley prays this court to Dismiss With Prejudice the case against him along with any Default Judgements that may have been entered. Stanley also acquiesces to Electronic Service, as he is traveling in Southeast Asia.

**Respectfully Submitted:**

Defendant Steven Stanley, *Pro Se,*
This 16th day of January, 2019
steve@ico-prmarketingservices.com

/s/   *Steven Stanley*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of this pleading has been Electronically Served on Counsel for Plaintiff(s) this 16th day of January, 2019.

/s/   *Steven Stanley, Pro Se*



C.A. No. 1:17-cv-24500-RNS/Becerra
machesta
to:
scola
01/16/2019 05:53 AM
Cc:
eck
Hide Details
From: <machesta@gate.net>
To: <scola@flsd.uscourts.gov>
Cc: <eck@komlossylaw.com>

1 Attachment


Central.docx

Greetings:

My name is Steven Stanley and I am an unserved Defendant in the above referenced case.

I have been traveling in Southeast Asia and I just found out about this case. Please accept my pleading attached and I am hoping you would be so kind as to give a copy to the Clerk of Court as I cannot find their email address. I can be served or reached through this email address.

Thank You for your consideration.

Thanks,
Steve Stanley, CEO
PRD Media Group, Inc.
http://www.icomarketing-thefirm.com
http://www.ico-prmarketingservices.com
steve@ico-prmarketingservices.com