AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

Wang Yun He
*Plaintiff*
v.
Centra Tech, Inc.
*Defendant*

Civil Action No. 1:17-cv-24500-RNS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* __________ recover from the defendant *(name)* __________ the amount of __________ dollars ($ ______ ), which includes prejudgment interest at the rate of ______ %, plus post judgment interest at the rate of ______ % per annum, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* __________ recover costs from the plaintiff *(name)* __________

☑ other: the plaintiff Wang Yun He recover from defendant Centra Tech, Inc. the amount of three million, one hundred and thirteen thousand, three hundred and thirty-five dollars and forty-nine cents ($3,113,335.49), which includes prejudgment interest at the rate of 6.89% per annum beginning on July 23, 2017 through December 13, 2019, plus post judgment interest at the rate of 1.57% per annum, computed daily to the date of payment and compounded annually, along with costs.

This action was *(check one)*:

❒ tried by a jury with Judge __________ presiding, and the jury has rendered a verdict.

❒ tried by Judge __________ without a jury and the above decision was reached.

☑ decided by Judge Robert N. Scola, Jr. on a motion for Final Default Judgment Pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure.

Date: Jun 8, 2020

*CLERK OF COURT*

Johanna Borges
*Signature of Clerk or Deputy Clerk*