United States District Court
for the
Southern District of Florida

| | | |
|---|---|---|
| Jacob Zowie Thomas Rensel and others, Plaintiffs, | ) ) ) | |
| v. | ) | Civil Action No. 17-24500-Civ-Scola |
| Centra Tech, Inc., Defendant. | ) ) ) | |

### Order Adopting the Magistrate Judge's Report And Recommendation

Neither party has objected to Magistrate Judge Becerra's Report and Recommendation (ECF No. 334) concerning the Plaintiffs' motion for final default judgment, and the time to do so has passed. Additionally, Defendant Centra Tech, Inc. has filed a notice of non-objection to the Report and Recommendation. (ECF No. 335.)

A district court need conduct a de novo review of only "those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636. Where no objections are made, a report may be adopted in full without conducting de novo review provided no plain error exists. *E.g.*, *id.*; *Menendez v. Naples Cmty. Hosp., Inc.*, No. 2:20-CV-898-SPC-MRM, 2021 WL 5178496, at *1 (M.D. Fla. Nov. 8, 2021) (collecting cases).

Finding no plain error with Judge Becerra's Report and Recommendation, the Court **adopts it in full as its final default judgment** in this matter and **grants** the Plaintiffs' motion for default judgment (**ECF No. 328**). Any other pending motions are **denied as moot**. The Court directs the Clerk to **close** this case.

**Done and ordered** in chambers, at Miami, Florida, on June 9, 2022.

Robert N. Scola, Jr.
United States District Judge